JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parent on Behalf of Student,<br><br>Plaintiff,<br><br>v.<br><br>Los Angeles Unified School District,<br><br>Defendants. | Case No. **2:25-cv-05322-SVW-SSC**<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

On October 1, 2025, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by October 10, 2025. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  October 30, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.